# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

<div style="color:blue">
The application is GRANTED in part.  The initial pre-trial conference scheduled for May 13, 2021, at 11:00 a.m., is **adjourned** to **May 28, 2021, at 11:00 a.m.**, on the following conference call line: 888-363-4749, access code 558-3333.  The parties are reminded that their pre-conference materials are due seven days prior, or **May 21, 2021**.  No further extensions will be granted absent extraordinary circumstances.  By **May 12, 2021**, Plaintiff shall serve a copy of this Order on Defendants and file proof of service.

SO ORDERED

Dated: May 7, 2021
       New York, New York
</div>

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

May 6, 2021

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007-1312

    Re:    Girotto v. Mill Street Cafe, LLC, d/b/a Sam's Bar and Grill P.C.N.Y., et al.
            Case 1:21-cv-02450-LGS

Dear Judge Schofield:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    The Initial Pretrial Conference in this matter is currently scheduled for May 13, 2021 at 11:00 a.m., in Your Honor's Courtroom.  At this time, none of the Defendants have yet to appear and/or answer in this matter, though properly served [D.E. 8 & D.E. 9].

    As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date most convenient to this Honorable Court.

    Thank you for your consideration of this first adjournment request.

                      Sincerely,

                      By: /S/ B. Bradley Weitz
                          B. Bradley Weitz, Esq. (BW9365)
                          THE WEITZ LAW FIRM, P.A.
                          Attorney for Plaintiff
                          Bank of America Building
                          18305 Biscayne Blvd., Suite 214
                          Aventura, Florida 33160
                          Telephone: (305) 949-7777
                          Facsimile: (305) 704-3877
                          Email: bbw@weitzfirm.com