UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LUIGI GIROTTO,

        Plaintiff,    21 Civ. 2450 (LGS)

   -against-       ORDER

MILL STREET CAFE, LLC et al.,

        Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

 WHEREAS, the Order, dated May 7, 2021 (Dkt. No. 11), adjourned the initial pre-trial conference in this case to May 28, 2021, and directed Plaintiff to serve a copy of the Order on Defendants and file proof of service by May 12, 2021.

 WHEREAS, Plaintiff has not filed such proof of service. It is hereby

 **ORDERED** that as soon as possible, and no later than **May 17, 2021**, Plaintiff shall serve a copy of the May 7, 2021, Order on Defendants and file proof of service.

Dated: May 13, 2021
   New York, New York

                **LORNA G. SCHOFIELD**
                **UNITED STATES DISTRICT JUDGE**