UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                    :
LUIGI GIROTTO,                                      :
                                    Plaintiff,      :              21 Civ. 2450 (LGS)
                                                    :
                    -against-                       :                    ORDER
                                                    :
MILL STREET CAFE, LLC et al.,                       :
                                    Defendants.     :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the initial pre-trial conference is scheduled for May 28, 2021, at 11:00 a.m.

It is hereby

        **ORDERED** that the initial pre-trial conference is **adjourned** to **May 27, 2021, at 11:00**

**a.m.**, on the following conference call line:  888-363-4749, access code 558-3333.  The parties

are reminded that their pre-conference materials are due seven days prior, or **May 20, 2021**.

Dated: May 13, 2021
        New York, New York

_____
        **LORNA G. SCHOFIELD**
    **UNITED STATES DISTRICT JUDGE**