# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

May 20, 2021

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007-1312

> The application is GRANTED in part.  The initial pre-trial conference scheduled for May 27, 2021, at 11:00 a.m., is **adjourned** to **June 17, 2021, at 11:00 a.m.**, on the following conference call line: 888-363-4749, access code 558-3333.  No further extensions will be granted absent extraordinary circumstances.
>
> SO ORDERED
>
> Dated:  May 21, 2021
>         New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

        **Re:**    **Girotto v. Mill Street Cafe, LLC, d/b/a Sam's Bar and Grill P.C.N.Y., et al.
Case 1:21-cv-02450-LGS**

Dear Judge Schofield:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    Per Order [D.E. 13], the Initial Pretrial Conference in this matter is currently scheduled for May 27, 2021, at 11:00 a.m., in Your Honor's Courtroom.  At this time, the Defendants have not made a formal appearance and/or answered the Complaint in this matter.  Plaintiff has sent several correspondence communications, along with courtesy copies of the Summons and Complaint and hearing notices to Defendants.  We recently received a call from the owner of the Subject Facility and perhaps the real property, who disclosed he has not been able to secure the services of an attorney due to monetary issues.  The undersigned has scheduled a conference call with the owner to adequately inquire status.

    As such, in order to afford additional time for the possibility of formal appearance of attorney representation and possible engagement of productive settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date convenient to this Honorable Court.

    Thank you for your consideration of this second adjournment request.

                    Sincerely,

                    By: /S/ B. Bradley Weitz
                        B. Bradley Weitz, Esq. (BW9365)
                        THE WEITZ LAW FIRM, P.A.
                        Attorney for Plaintiff
                        Bank of America Building
                        18305 Biscayne Blvd., Suite 214
                        Aventura, Florida 33160
                        Telephone: (305) 949-7777
                        Facsimile: (305) 704-3877
                        Email: bbw@weitzfirm.com