UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
LUIGI GIROTTO,

        Plaintiff        21 Civ. 2450 (LGS)

   -against-          ORDER

MILL STREET CAFE, LLC et al.,

        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, the Court has been informed that the parties have reached a settlement in principle in this case (Dkt. No. 22). Accordingly, it is hereby

  **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

Dated: June 22, 2021
    New York, New York

                   LORNA G. SCHOFIELD
                   UNITED STATES DISTRICT JUDGE